**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:08-cv-00437-LRH-RJJ |
| Plaintiff, | |
| vs. | |
| CMKM DIAMONDS, INC., URBAN CASAVANT, JOHN EDWARDS, GINGER GUTIERREZ, JAMES KINNEY, ANTHONY TOMASSO, KATHLEEN TOMASSO, 1ST GLOBAL STOCK TRANSFER LLC, HELEN BAGLEY, NEVWEST SECURITIES CORPORATION, DARYL ANDERSON, SERGEY RUMYANTSEV, ANTHONY SANTOS, and BRIAN DVORAK, | |
| Defendants. | |

**STIPULATION REGARDING BRIEFING SCHEDULE**

**FOR MOTION FOR SUMMARY JUDGMENT AGAINST**

**DARYL ANDERSON (FIRST REQUEST)** ; ORDER

WHEREAS, on December 17, 2008, Plaintiff Securities and Exchange Commission ("Commission") filed its Motion for Summary Judgment Against Daryl Anderson;

WHEREAS, on December 18, 2008, the Court issued a Minute Order establishing a briefing schedule whereby any opposition to the Motion would be due on January 2, 2009, and any reply would be due on January 13, 2009;

WHEREAS, due to counsels' schedules the parties desire additional time to brief the issues before the Court;

The Commission and Defendant Daryl Anderson, by and through their counsel, hereby stipulate and agree that Defendant Daryl Anderson shall file any opposition to the Motion for Summary Judgment on or before January 16, 2009, and the Commission shall file any reply brief on or before January 27, 2009.

Dated:  December 30, 2008         /s/ Molly M. White
                                  Molly M. White
                                  Attorney for Plaintiff
                                  Securities and Exchange Commission

Dated:  December __, 2008         _____
                                  Douglas Griffith
                                  Attorney for Defendant
                                  Daryl Anderson

WHEREAS, on December 17, 2008, Plaintiff Securities and Exchange Commission ("Commission") filed its Motion for Summary Judgment Against Daryl Anderson;

WHEREAS, on December 18, 2008, the Court issued a Minute Order establishing a briefing schedule whereby any opposition to the Motion would be due on January 2, 2009, and any reply would be due on January 13, 2009;

WHEREAS, due to counsels' schedules the parties desire additional time to brief the issues before the Court;

The Commission and Defendant Daryl Anderson, by and through their counsel, hereby stipulate and agree that Defendant Daryl Anderson shall file any opposition to the Motion for Summary Judgment on or before January 16, 2009, and the Commission shall file any reply brief on or before January 27, 2009.

Dated: December __, 2008

_____
Molly M. White
Attorney for Plaintiff
Securities and Exchange Commission

Dated: December 30, 2008

_____
Douglas Griffith
Attorney for Defendant
Daryl Anderson

IT IS SO ORDERED.

DATED: January 5, 2009.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1