# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Securities and Exchange Commission,

Plaintiff,

V.

CMKM Diamonds, Inc.,et al.,

Defendants.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 2:08-cv-437-LRH-RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that summary judgment is entered for the plaintiff SEC and against defendants: John Edwards in the amount of $26,400,000.00 disgorgement, $2,183,288.98 prejudgment interest, $26,400,000.00 civil penalty for the total amount due in 10 days to the clerk $54,983,288.98; Daryl Anderson in the amount of $2,300,000.00 disgorgement, $190,211.04 prejudgment interest, $2,300,000.00 civil penalty for the total amount due in 10 days to the clerk $4,790,211.04; Kathleen and Anthony Tomasso in the amount of $648,500.00 disgorgement, $53,631.22 prejudgment interest, $648,500.00 civil penalty for the total amount due in 10 days to the clerk $1,350,631.22.

| June 24, 2009 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
|  | /s/ Andrew Mennear |
|  | (By) Deputy Clerk |