1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

9              **UNITED STATES DISTRICT COURT**

10                   **DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:08-cv-00437-LRH-RJJ |
| CMKM DIAMONDS, INC., URBAN CASAVANT, JOHN EDWARDS, GINGER GUTIERREZ, JAMES KINNEY, ANTHONY TOMASSO, KATHLEEN TOMASSO, 1ST GLOBAL STOCK TRANSFER LLC, HELEN BAGLEY, NEVWEST SECURITIES CORPORATION, DARYL ANDERSON, SERGEY RUMYANTSEV, ANTHONY SANTOS, and BRIAN DVORAK, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Karen Matteson to practice before this honorable Court in all matters relating to the above-captioned case.

. . .

1  Ms. Matteson is an attorney with the Securities and Exchange Commission, an agency of
2  the federal government. Ms. Matteson is a member in good standing of the Bar in California
3  (Bar No. 102103), and of the District of Columbia (Bar No. 362541). Ms. Matteson's contact
4  information is as follows:

> Karen Matteson
> Senior Trial Counsel
> Los Angeles Regional Office
> Securities and Exchange Commission
> 5670 Wilshire Boulevard, 11th Floor
> Los Angeles, CA 90036
> (323) 965-3840 (telephone)
> (323) 965-3908 (facsimile)

10  Accordingly, the United States respectfully requests that an order be issued allowing
11 Karen Matteson to practice before this honorable Court.
12  DATED this 8th day of November, 2010.

13  Respectfully submitted,

14  DANIEL G. BOGDEN
    United States Attorney

16   */s/ Blaine Welsh*
    BLAINE T. WELSH
    Assistant United States Attorney

19  IT IS SO ORDERED:

    [signature: Robert J. Johnston]
21  UNITED STATES MAGISTRATE JUDGE
22  DATED: November 11, 2010

## PROOF OF SERVICE

I, Blaine T. Welsh, certify that the following individuals were served the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

| **Electronic and USPS Service** | **CMECF Notice** |
|---|---|
| Irving M. Einhorn, Esq.<br>Law Offices of Irving M. Einhorn<br>1710 10th Street<br>Manhattan Beach, CA 90266<br>Email: ime@einhornlaw.com<br>***Attorney for Defendant John Edwards*** | Mark S. Dzarnoski, Esq.<br>Gordon & Silver, Ltd.<br>3960 Howard Hughes Parkway, Ninth Floor<br>Las Vegas, NV 89169<br>Email: mdzarnoski@gordonsilver.com<br>***Attorney for Helen Bagley and 1st Global Stock Transfer LLC*** |
| Urban A. Casavant<br>RR 5 Site 16 Box 29<br>Prince Albert, Saskatchewan S6V 5R3<br>Canada<br>Email: ucasavant@shaw.ca | John Wesley Hall, Jr., Esq.<br>1311 Broadway<br>Little Rock, AR 72202-4843<br>Email: forhall@aol.com<br>***Attorney for Brian Dvorak*** |
| Kathleen Tomasso<br>9580 Lake Serena Drive<br>Boca Raton, FL 33496<br>Email: ttomasso@ncfgcomm.com | |
| Anthony Tomasso<br>9580 Lake Serena Drive<br>Boca Raton, FL 33496<br>Email: ttomasso@ncfgcomm.com | |
| Sergey Rumyantsev<br>1951 North Jones Boulevard, #G-202<br>Las Vegas, NV 89108<br>Email: chaptak@embarqmail.com | |
| Anthony Santos<br>6965 North Durango Drive, Suite 1115-208<br>Las Vegas, NV 89149<br>Email: Ams.nwst@gmail.com | |

DATED this 8th day of November, 2010.

                                  */s/ Blaine Welsh*
                                  BLAINE T. WELSH
                                  Assistant United States Attorney