UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | 2:08-cv-0437-LRH-RJJ |
| v. | ) ) | ORDER |
| CMKM DIAMONDS, INC., et al., | ) ) | |
| Defendants. | ) ) | |

Before the court is plaintiff Securities and Exchange Commission's ("SEC") motion to dismiss defunct defendant Global Stock Transfer, LLC ("Global Stock") and deceased defendant Helen Bagley ("Bagley"). Doc. #211.[1]

The court has reviewed the SEC's motion to dismiss defendants and finds that good cause exists to grant the motion and dismiss defunct defendant Global Stock and deceased defendant Bagley. Accordingly, the court shall grant the motion.

///

///

///

---

[1] Refers to the court's docket number.

1   IT IS THEREFORE ORDERED that plaintiff's motion to dismiss defendants (Doc. #211)
2 is GRANTED. Defendants Global Stock Transfer, LLC and Helen Bagley are DISMISSED as
3 defendants in this action.
4   IT IS SO ORDERED.
5   DATED this 10th day of April, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE