# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 2:08-cv-00437-LRH-RJJ |
| CMKM DIAMONDS, INC., URBAN CASAVANT, JOHN EDWARDS, GINGER GUTIERREZ, JAMES KINNEY, ANTHONY TOMASSO, KATHLEEN TOMASSO, 1ST GLOBAL STOCK TRANSFER LLC, HELEN BAGLEY, NEVWEST SECURITIES CORPORATION, DARYL ANDERSON, SERGEY RUMYANTSEV, ANTHONY SANTOS, and BRIAN DVORAK, | |
| Defendants. | **ORDER REGARDING:** |

## MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Gary Y. Leung to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Leung is an attorney with the Securities and Exchange Commission, an agency of the federal government, and is a member in good standing of the Illinois State Bar (No. 6277889).

The following contact information is provided to the Court:

> Gary Y. Leung
> Trial Counsel
> United States Securities and Exchange Commission
> Los Angeles Regional Office
> 5670 Wilshire Blvd., 11th Floor
> Los Angeles, California 90036-3648
> Phone: 323-965-3213
> Fax: 323-965-3908
> leungg@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing Gary Y. Leung to practice before this honorable Court.

Respectfully submitted this 15th day of November 2013.

>> DANIEL G. BOGDEN
>> United States Attorney
>>
>>  /s/Blaine Welsh
>> BLAINE T. WELSH
>> Assistant United States Attorney

IT IS SO ORDERED:

DATED this 6th day of May, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE