**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:08-cv-00437-LRH-RJJ |
| Plaintiff, | |
| vs. | |
| CMKM DIAMONDS, INC., URBAN CASAVANT, JOHN EDWARDS, GINGER GUTIERREZ, JAMES KINNEY, ANTHONY TOMASSO, KATHLEEN TOMASSO, 1ST GLOBAL STOCK TRANSFER, LLC, HELEN BAGLEY, NEVWEST SECURITIES CORPORATION, DARYL ANDERSON, SERGEY RUMYANTSEV, ANTHONY SANTOS, and BRIAN DVORAK, | |
| Defendants. | |

**ORDER APPROVING REMOVAL OF ATTORNEYS, MOLLY M. WHITE, ESQ. AND JOHN M. MCCOY III, ESQ., FROM ELECTRONIC SERVICE LIST**

1  Pursuant to Local Rule of Civil Practice IA 10-6(c) and IA 10-3, Plaintiff Securities and Exchange Commission ("SEC") moved this Court for leave to remove Molly M. White, Esq. and John M. McCoy III, Esq. from the electronic service list because they are no longer employed by the SEC.  The Court, having considered the Motion:

IT IS HEREBY ORDERED that the Securities and Exchange Commission's Motion to Remove Attorneys, Molly M. White, Esq. and John M. McCoy III, Esq., From Electronic Service List is GRANTED.

DATED this 5th day of June, 2014.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE